## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | BANKRUPTCY NO. 16-12776 |
| **Catherine Reid,** | : | |
| | : | |
| Debtor. | : | |
| _____: | | |

## **CERTIFICATE OF SERVICE**

I, Jennifer Schultz, Esq., certify that on August 17, 2016, copies of Debtor's First Amended Chapter 13 Plan, Amended Schedules E/F, I, and J, and this Certificate of Service have been served by first class mail, postage paid to the following:

Albert Einstein Healthcare Network
101 E. Olney Avenue, Suite 301
3rd Floor
Philadelphia, PA 19120-2470

Ally Financial
P.O. 130424
Roseville, MN 55113-0004

American Income Life Insurance Company
PO Box 2608
Waco, TX 76797

American InfoSource, LP for T-Mobile
PO Box 248848
Oklahoma City, OK 73124-8848

City of Philadelphia
City of Philadelphia Law Dept.
1515 Arch Street, 14th floor
Philadelphia, PA 19107

Cassandra Ewell
7201 Bradford Road, Apr F302
Upper Darby, PA 19082

Colonial Savings F.A.
2626 West Freeway
Fort Worth, TX 76102

Credit Acceptance
25505 West Twelve Mile Rd., Suite 3000
Southfield MI 48034

Credit Acceptance
PO Box 5070
Southfield MI 48086

Credit Collection Services
P.O. Box 9134
Needham Heights, MA 02494-9134

Dr. Sonya Lee, MD
51 N. 39th Street, Suite 500
Philadelphia, PA 19104

GYN Specialists Presbyterian Office
P. O. Box 63862
Philadelphia, PA 19147-7862

NOVAD Management Consulting LLC
Attn: HUD EHLP Department
2401 NW 23rd Street
Oklahoma City, OK 73107

Secretary of Housing & Urban Development
Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3380

Secretary of Housing and Urban Development
451 Seventh Street, SW
Washington, DC 20410

Andrew F. Gornall, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

T-Mobile Bkry Team
PO Box 53410
Bellevue, WA 98015-3410

Kenneth Saffren, Esq.
Saffren & Weinberg
815 Greenwood Avenue, Suite 22
Jenkintown, PA 19046

PGW
800 W. Montgomery Avenue
Philadelphia, PA 19122


And Electronically served to:

REGINA COHEN on behalf of Creditor Ally Financial Inc.
rcohen@lavin-law.com, ksweeney@lavin-law.com

ANDREW F GORNALL on behalf of Creditor COLONIAL SAVINGS F.A.
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

WILLIAM C. MILLER
ecfemails@ph13trustee.com, philaecf@gmail.com



| August 17, 2016 | /s/ Jennifer Schultz, Esq. |
|---|---|
| Date | Jennifer Schultz, Esq. |
| | Attorney for Debtor |
| | Community Legal Services |
| | 1410 W. Erie Ave. |
| | Philadelphia, PA 19140 |