# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12776-AMC

CATHERINE RENEE REID

5732 N. Fairhill Street

Philadelphia, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CATHERINE RENEE REID

    5732 N. Fairhill Street

    Philadelphia, PA 19120

**Counsel for debtor(s), by electronic notice only.**
    JENNIFER SCHULTZ
    NORTH PHILA LAW CENTER
    1410 W ERIE AV
    PHILA, PA 19140-4111

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 10/19/2016

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee