Case 16-12776-amc    Doc 56    Filed 12/21/16    Entered 12/21/16 08:32:31    Desc Main
Document    Page 1 of 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Catherine Renee Reid                    | CHAPTER 13
        Debtor(s)                          |
                                          | BKY. NO. 16-12776 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of COLONIAL SAVINGS F.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3500

                Respectfully submitted,

                **/s/Thomas Puleo, Esquire**
                Thomas Puleo, Esquire
                Brian C. Nicholas, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406