UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| | : | **BANKRUPTCY NO. 16-12776** |
| **Catherine Reid,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| _____ | : | |

## ORDER

NOW, this _____ day of _____, 2017, upon consideration of Debtor's Objection To Colonial Savings, F.A.'s Proof of Claim 5, it is hereby ORDERED and DECREED that the pre-petition arrears of $820.96 in Proof of Claim 5 are disallowed.

_____
Ashely M. Chan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| | : | |
| | : | **BANKRUPTCY NO. 16-12776** |
| **Catherine Reid,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I, Jennifer Schultz, Esquire, certify that a copy of Debtor's amended proposed order was served by electronic means upon the following on January 24, 2017:

William C. Miller, Esquire
Chapter 13 Standing Trustee
PO Box 40119
Philadelphia, PA 19106-0119

Tom Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

    /s/ Jennifer Schultz
    Jennifer Schultz, Esquire
    Attorney for Debtor
    Community Legal Services
    1410 W. Erie Ave.
    Philadelphia, PA 19140