UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | BANKRUPTCY NO. 16-12776 |
| **Catherine Reid,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| _____ | : | |

**ORDER**

NOW, this _____ day of _____, 2017, upon consideration of Debtor's Objection To Colonial Savings, F.A.'s Proof of Claim 5, it is hereby ORDERED and DECREED that the pre-petition arrears of $820.96 in Proof of Claim 5 are disallowed.

**Date: January 26, 2017**

_____
Ashely M. Chan
United States Bankruptcy Judge