United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Catherine Renee Reid  
       Debtor

Case No. 16-12776-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 26, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.  
db          +Catherine Renee Reid,    5732 N. Fairhill Street,    Philadelphia, PA 19120-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:

       ANDREW F GORNALL    on behalf of Creditor    COLONIAL SAVINGS F.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    COLONIAL SAVINGS F.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       JENNIFER SCHULTZ    on behalf of Debtor Catherine Renee Reid jschultz@clsphila.org  
       JENNIFER SCHULTZ    on behalf of Plaintiff Catherine Renee Reid jschultz@clsphila.org  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com  
       THOMAS I. PULEO    on behalf of Creditor    COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                       TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| | : | **BANKRUPTCY NO. 16-12776** |
| **Catherine Reid,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| _____ | : | |

**ORDER**

NOW, this _____ day of _____, 2017, upon consideration of Debtor's Objection To Colonial Savings, F.A.'s Proof of Claim 5, it is hereby ORDERED and DECREED that the pre-petition arrears of $820.96 in Proof of Claim 5 are disallowed.

**Date: January 26, 2017**

_____
Ashely M. Chan
United States Bankruptcy Judge