UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Catherine Reid, | BANKRUPTCY NO. 16-12776 |
| Debtor. | |

**DEBTOR'S RESPONSE TO COLONIAL SAVINGS F.A.'s MOTION FOR RELIEF**

Catherine Reid ("Debtor"), by and through her attorney, Jennifer Schultz, Esquire, hereby responds to Colonial Savings F.A.'s motion for relief as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Prior to the bankruptcy, debtor was current on her payments. She has resolved a pre-petition default though a pre-petition loan modification in January 2016. There was no pre-petition default, and Movant had no legal basis to initiate foreclosure proceedings.

6. Denied. Debtor made several payments to Movant in the months of October 2016 through January 2017.

7. Debtor disputes the legal fees and costs demanded by Movant on the basis that they are inconsistent with the FHA attorney fee schedule. These fees are also challenged as inconsistent with Pennsylvania Act 6.

8. For the reasons stated above, Debtor denies the amounts requested by Movant.

9. Denied.

10. Denied

11. Debtor has experienced reduced employment income as a home healthcare aid because het patient has been hospitalized several times in the previous months.

12. Debtor is working to locate funds to cure any missed payments. She is investigating local rescue funds, as well as preparing her 2016 federal income tax filings.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an Order denying Colonial Savings F.A. motion for relief.

February 1, 2017                          /s/ Jennifer Schultz
Date                                          Jennifer Schultz, Esquire
Attorney for Debtor
Community Legal Services
1410 W. Erie Ave.
Philadelphia, PA 19140

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| | : | |
| | : | **BANKRUPTCY NO. 16-12776** |
| **Catherine Reid,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| _____ | : | |

## ORDER

NOW, this _____ day of _____, 2017, upon consideration of Motion of Colonial Savings F.A. For Relief from the Automatic Stay Under Section 362 and Debtor's response thereto, it is hereby ORDERED and DECREED that the motion is DENIED .

_____
Ashely M. Chan
United States Bankruptcy Judge

Parties to be served:

William C. Miller, Esquire
Chapter 13 Standing Trustee
PO Box 40119
Philadelphia, PA 19106-0119

Jennifer Schultz, Esquire
Community Legal Services
1410 W. Erie Avenue
Philadelphia, PA 19140

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Catherine Reid
5732 N. Fairhill Street
Philadelphia, PA 19120

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| | : | **BANKRUPTCY NO. 16-12776** |
| **Catherine Reid,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| _____ | : | |

# CERTIFICATE OF SERVICE

    I, Jennifer Schultz, Esquire, certify that a copy of Debtor's Response to Colonial Savings F.A.'s Motion for Relief, proposed order, and this Certificate of Service were served by electronic means upon the following on February 1, 2017:

    William C. Miller, Esquire
    Chapter 13 Standing Trustee
    PO Box 40119
    Philadelphia, PA 19106-0119

    Brian C. Nicholas, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106

    /s/ Jennifer Schultz
    Jennifer Schultz, Esquire
    Attorney for Debtor
    Community Legal Services
    1410 W. Erie Ave.
    Philadelphia, PA 19140