**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Catherine | Renee | Reid |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number  16-12776
(if known)

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1  Ally Financial**
Creditor's Name

P.O. Box 380902
Bloomington, MN
55438-0902
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  $15,446.63     $10,896.00     $4,550.63

2012 Dodge Avenger 22000 miles
Debtor's Possesion. Estimated
valued based on Kelley Blue Book.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Car Loan

Date debt was incurred  03/28/2012        Last 4 digits of account number  3480

---

**2.2  American Income Life Insurance Comapny**
Creditor's Name

PO Box 2608
Waco, TX 76797
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  $2,120.68     $11,274.00     $0.00

American Income Life Insurance
Company
Beneficiary: Cassandra B. Ewell

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

---

| Debtor 1 | Catherine Renee Reid | | Case number (if know) | 16-12776 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Date debt was incurred _____    Last 4 digits of account number  8919

---

**2.3  Centers for Medicare & Medicaid Services**
Creditor's Name

Describe the property that secures the claim:  **$12,056.09**   **$22,056.09**   **$0.00**

Auto Accident Lawsuit: Reid vs Miller
Phila Ct. Common Pleas Case ID: 160401024

PO Box 138832
Oklahoma City, OK 73113
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **indemnification**

Date debt was incurred  7/28/2014    Last 4 digits of account number  605A

---

**2.4  Colonial Savings F.A.**
Creditor's Name

Describe the property that secures the claim:  **$92,244.35**   **$100,300.00**   **$0.00**

5732 N. Fairhill Street Philadelphia, PA 19120  Philadelphia County

2626 West Freeway
Fort Worth, TX 76102
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage Loan**

Date debt was incurred  05/15/2009    Last 4 digits of account number  3500

---

**2.5  NOVAD Management Consulting LLC**
Creditor's Name

Describe the property that secures the claim:  **$50,000.00**   **$100,300.00**   **$41,944.35**

5732 N. Fairhill Street Philadelphia, PA 19120  Philadelphia County

Attn: HUD EHLP Department
2401 NW 23rd Street
Oklahoma City, OK 73107
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

---

| Debtor 1 | Catherine Renee Reid | | Case number (if know) | 16-12776 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

Date debt was incurred _____  Last 4 digits of account number  **6462**

---

**2.6  Secretary of Housing and Urban Developme**
Creditor's Name

451 Seventh Street SW
Washington, DC 20410
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:   $20,000.00   $100,300.00   $20,000.00

5732 N. Fairhill Street Philadelphia, PA 19120  Philadelphia County

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Partial Claim Mortgage**

Date debt was incurred  **01/13/2016**   Last 4 digits of account number  **3500**

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$191,867.75**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$191,867.75**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
**Secretary of Housing & Urban Development**
**Wanamaker Building**
**100 Penn Square East**
**Philadelphia, PA 19107-3380**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number  **3500**

---