## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | BANKRUPTCY NO. 16-12776 |
| Catherine Reid, | : | |
| | : | |
| Debtor. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I, Jennifer Schultz, Esq., certify that on February 13, 2017, copies of Debtor's Amended Schedules and Declaration and this Certificate of Service have been served by electronic means to the following:

REGINA COHEN on behalf of Creditor Ally Financial Inc.
rcohen@lavin-law.com, ksweeney@lavin-law.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor COLONIAL SAVINGS F.A.
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

ANDREW F GORNALL on behalf of Creditor COLONIAL SAVINGS F.A.
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

WILLIAM C. MILLER
ecfemails@ph13trustee.com, philaecf@gmail.com

BRIAN CRAIG NICHOLAS on behalf of Creditor COLONIAL SAVINGS F.A.
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor COLONIAL SAVINGS F.A.
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

| | |
|---|---|
| February 13, 2017 | /s/ Jennifer Schultz, Esq. |
| Date | Jennifer Schultz, Esq. |
| | Attorney for Debtor |
| | Community Legal Services |
| | 1410 W. Erie Ave. |
| | Philadelphia, PA 19140 |