UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE RENEE REID                    Chapter 13

                    Debtor        Bankruptcy No. 16-12776-AMC

## ORDER

AND NOW, this 21st day of Feb, 2017, having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
    JENNIFER SCHULTZ
    NORTH PHILA LAW CENTER
    1410 W ERIE AV
    PHILA, PA 19140-4111

**Debtor:**
    CATHERINE RENEE REID

    5732 N. Fairhill Street

    Philadelphia, PA 19120

**Chapter 13 Standing Trustee:**
    William C. Miller, Esquire
    Chapter 13 Standing Trustee
    P.O., Box 1229
    Philadelphia, PA 19105

**U.S. Trustee:**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107