United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12776-amc
Catherine Renee Reid                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Feb 22, 2017
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
```
db             +Catherine Reid,    5732 N. Fairhill Street,    Philadelphia, PA 19120-2207
13715989       +Cassandra B. Ewell,    7201 Bradford Road,   Apt. 302,    Upper Darby, PA 19082-3936
13866273       +Centers For Medical & Medicaid Services,    PO Box 138832,    Oklahoma City, OK 73113-8832
13778553        Colonial Savings, F.A.,    2626 B West Freeway,    Fort Worth, TX 76102
13712743       +Credit Acceptance,    25505 West Twelve Mile Rd,   Suite 3000,    Southfield MI 48034-8331
13715992       +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
13715994       +Dr. Sonya Lee, MD,    51 N. 39th Street,   Suite 500,    Philadelphia, PA 19104-2640
13715995        GYN Specialists Presbyterian Office,    P. O. Box 63862,    Philadelphia, PA 19147-7862
13777493       +Kenneth Saffren, Esq.,    Saffren & Weinberg,    815 Greenwood Avenue, Suite 22,
                 Jenkintown, PA 19046-2800
13715997       +NOVAD Management Consulting LLC,    Attn: HUD EHLP Department,    2401 NW 23rd Street,
                 Oklahoma City, OK 73107-2448
13715998        Secretary of Housing & Urban Development,    Wanamaker Building,    100 Penn Square East,
                 Philadelphia, PA 19107-3380
13715999       +Secretary of Housing and Urban Developme,    451 Seventh Street,   SW,
                 Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 23 2017 02:12:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2017 02:11:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 23 2017 02:11:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13715987        E-mail/Text: tropiann@einstein.edu Feb 23 2017 02:11:45     Albert Einstein Healthcare Network,
                 101 E. Olney Avenue, Suite 301,    3rd Floor,   Philadelphia, PA 19120-2470
13715988        E-mail/Text: ally@ebn.phinsolutions.com Feb 23 2017 02:11:38     Ally Financial,
                 P.O. Box 380902,    Bloomington, MN 55438-0902
13732530        E-mail/Text: ally@ebn.phinsolutions.com Feb 23 2017 02:11:38     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13727801        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 23 2017 02:31:30
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13715990       +E-mail/Text: bankruptcy@phila.gov Feb 23 2017 02:12:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,    1515 Arch Street, 14th floor,    Philadelphia, PA 19102-1504
13715991       +E-mail/Text: bankruptcydesk@colonialsavings.com Feb 23 2017 02:11:56     Colonial Savings F.A.,
                 2626 West Freeway,    Fort Worth, TX 76102-7109
13715993        E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 23 2017 02:12:03
                 Credit Collection Services,    P.O. Box 9134,   Needham Heights, MA 02494-9134
13771830       +E-mail/Text: cio.bncmail@irs.gov Feb 23 2017 02:11:41     Department of the Treasury,
                 Internal Revenue Service,    PO BOX 7346,   Philadelphia, Pa 19101-7346
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13715996        Helen C. Njoku
cr*            +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Feb 22, 2017
                               Form ID: pdf900              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    COLONIAL SAVINGS F.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    COLONIAL SAVINGS F.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JENNIFER   SCHULTZ    on behalf of Debtor Catherine Renee Reid jschultz@clsphila.org
          JENNIFER   SCHULTZ    on behalf of Plaintiff Catherine Renee Reid jschultz@clsphila.org
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          THOMAS I. PULEO    on behalf of Creditor    COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE RENEE REID            Chapter 13

            Debtor            Bankruptcy No. 16-12776-AMC

## ORDER

AND NOW, this ___ day of ___ Feb ___, 2017, having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
     JENNIFER SCHULTZ
     NORTH PHILA LAW CENTER
     1410 W ERIE AV
     PHILA, PA 19140-4111

**Debtor:**
     CATHERINE RENEE REID

     5732 N. Fairhill Street

     Philadelphia, PA 19120

**Chapter 13 Standing Trustee:**
     William C. Miller, Esquire
     Chapter 13 Standing Trustee
     P.O., Box 1229
     Philadelphia, PA 19105

**U.S. Trustee:**
     Office of the U.S. Trustee
     Eastern District of Pennsylvania
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107