UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER  13** |
| | : | |
| | : | **BANKRUPTCY NO. 16-12776** |
| **Catherine Reid,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| _____ | : | |

## PRAECIPE TO WITHDRAW DEBTOR'S RESPONSE
## TO COLONIAL SAVINGS F.A.'s MOTION FOR RELIEF

Catherine Reid ("Debtor"), by and through her attorney, Jennifer Schultz, Esquire, hereby

requests that her previously filed Response to Colonial Savings FA's Motion for Relief be

withdrawn.  Debtor offers no contest to Colonial's Motion for Relief.


April 3, 2017 _____                    /s/ Jennifer Schultz _____
Date                                     Jennifer Schultz, Esquire
                                         Attorney for Debtor
                                         Community Legal Services
                                         1410 W. Erie Ave.
                                         Philadelphia, PA 19140