UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER  13** |
| | : | |
| | : | **BANKRUPTCY NO. 16-12776** |
| **Catherine Reid,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I, Jennifer Schultz, Esquire, certify that a copy of Debtor's Praecipe to Withdraw

Debtor's Response to Colonial Savings F.A.'s Motion for Relief and this Certificate of Service

were served by electronic means upon the following on April 3, 2017:

William C. Miller, Esquire
Chapter 13 Standing Trustee
PO Box 40119
Philadelphia, PA 19106-0119

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

/s/ Jennifer Schultz_____
Jennifer Schultz, Esquire
Attorney for Debtor
Community Legal Services
1410 W. Erie Ave.
Philadelphia, PA 19140