# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | BANKRUPTCY NO. 16-12776 |
| **Catherine Reid,** | : | |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATION OF SERVICE

I, Jennifer Schultz, Esq., Counsel for Debtor, certify that I served a copy of Debtor's Response to Trustee's Motion to Dismiss, by first class mail, postage prepaid, or by electronic means, on the date below to the following parties:

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Catherine Reid
5732 N. Fairhill Street
Philadelphia, PA 19120

April 17, 2017
Date

/s/ Jennifer Schultz, Esq.
Jennifer Schultz, Esq.
Attorney for Debtor
Community Legal Services
1410 W. Erie Ave.
Philadelphia, PA