United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12776-amc
Catherine Renee Reid                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jun 15, 2017
                             Form ID: 152             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db          +Catherine Renee Reid,    5732 N. Fairhill Street,    Philadelphia, PA 19120-2207
13715989    +Cassandra B. Ewell,    7201 Bradford Road,    Apt. 302,    Upper Darby, PA 19082-3936
13866273    +Centers For Medical & Medicaid Services,    PO Box 138832,    Oklahoma City, OK 73113-8832
13778553     Colonial Savings, F.A.,    2626 B West Freeway,    Fort Worth, TX 76102
13712743    +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13715992    +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
13715994    +Dr. Sonya Lee, MD,    51 N. 39th Street,    Suite 500,    Philadelphia, PA 19104-2640
13715995     GYN Specialists Presbyterian Office,    P. O. Box 63862,    Philadelphia, PA 19147-7862
13777493    +Kenneth Saffren, Esq.,    Saffren & Weinberg,    815 Greenwood Avenue, Suite 22,
             Jenkintown, PA 19046-2800
13715997    +NOVAD Management Consulting LLC,    Attn: HUD EHLP Department,    2401 NW 23rd Street,
             Oklahoma City, OK 73107-2448
13715998     Secretary of Housing & Urban Development,    Wanamaker Building,    100 Penn Square East,
             Philadelphia, PA 19107-3380
13715999    +Secretary of Housing and Urban Developme,    451 Seventh Street,    SW,
             Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jun 16 2017 01:14:30     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2017 01:14:00
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 16 2017 01:14:23     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13715987     E-mail/Text: tropianm@einstein.edu Jun 16 2017 01:13:55     Albert Einstein Healthcare Network,
             101 E. Olney Avenue, Suite 301,    3rd Floor,    Philadelphia, PA 19120-2470
13715988     E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2017 01:13:45     Ally Financial,
             P.O. Box 380902,    Bloomington, MN 55438-0902
13732530     E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2017 01:13:45     Ally Financial,
             PO Box 130424,    Roseville MN 55113-0004
13727801     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2017 01:09:19
             American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
             Oklahoma City, OK  73124-8848
13715990     E-mail/Text: bankruptcy@phila.gov Jun 16 2017 01:14:30     City of Philadelphia,
             City of Philadelphia Law Dept.,    1515 Arch Street, 14th floor,    Philadelphia, PA 19107
13715991    +E-mail/Text: bankruptcydesk@colonialsavings.com Jun 16 2017 01:14:22     Colonial Savings F.A.,
             2626 West Freeway,    Fort Worth, TX 76102-7109
13715993     E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 16 2017 01:14:46
             Credit Collection Services,    P.O. Box 9134,    Needham Heights, MA 02494-9134
13771830    +E-mail/Text: cio.bncmail@irs.gov Jun 16 2017 01:13:49     Department of the Treasury,
             Internal Revenue Service,    PO BOX 7346,    Philadelphia, Pa 19101-7346
                                                                              TOTAL: 11


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13715996     Helen C. Njoku
cr*         +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Jun 15, 2017
                             Form ID: 152             Total Noticed: 23

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:

      ANDREW F GORNALL    on behalf of Creditor    COLONIAL SAVINGS F.A. agornall@kmllawgroup.com,
  bkgroup@kmllawgroup.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    COLONIAL SAVINGS F.A. bnicholas@kmllawgroup.com,
  bkgroup@kmllawgroup.com
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
  ecfemails@ph13trustee.com
      JENNIFER  SCHULTZ    on behalf of Debtor Catherine Renee Reid jschultz@clsphila.org
      JENNIFER  SCHULTZ    on behalf of Plaintiff Catherine Renee Reid jschultz@clsphila.org
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
  bkgroup@kmllawgroup.com
      REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
  ksweeney@lavin-law.com
      RICHARD M. BERNSTEIN    on behalf of Defendant    US Department of Housing & Urban Development
  richard.bernstein@usdoj.gov,  jackie.brooke@usdoj.gov
      THOMAS I. PULEO    on behalf of Creditor    COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com,
  bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                           TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Catherine Renee Reid

     Debtor(s)                                Case No: 16−12776−amc

                                                                   Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING


To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Ashely M. Chan

, United States Bankruptcy Court 8/8/17 at 10:00 AM , in Courtroom #5, 900 Market Street,
Philadelphia, PA 19107


                                            For The Court

                                            Timothy B. McGrath
                                            Clerk of Court