# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-12776-AMC

CATHERINE RENEE REID

5732 N. FAIRHILL STREET

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CATHERINE RENEE REID

5732 N. FAIRHILL STREET

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

JENNIFER SCHULTZ
NORTH PHILA LAW CENTER
1410 W ERIE AV
PHILA, PA 19140-4111

Date: 12/14/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee