United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12776-amc
Catherine Renee Reid                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 2            Date Rcvd: Mar 22, 2018
                                Form ID: pdf900            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
```
db          +Catherine Renee Reid,    5732 N. Fairhill Street,    Philadelphia, PA 19120-2207
13715989    +Cassandra B. Ewell,    7201 Bradford Road,   Apt. 302,    Upper Darby, PA 19082-3936
13866273    +Centers For Medical & Medicaid Services,    PO Box 138832,    Oklahoma City, OK 73113-8832
13778553     Colonial Savings, F.A.,    2626 B West Freeway,    Fort Worth, TX 76102
13712743    +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield MI 48034-8331
13715992    +Credit Acceptance,    PO Box 5070,   Southfield, MI 48086-5070
13715994    +Dr. Sonya Lee, MD,    51 N. 39th Street,   Suite 500,    Philadelphia, PA 19104-2640
13715995     GYN Specialists Presbyterian Office,    P. O. Box 63862,    Philadelphia, PA 19147-7862
13777493    +Kenneth Saffren, Esq.,    Saffren & Weinberg,   815 Greenwood Avenue, Suite 22,
              Jenkintown, PA 19046-2800
13715997    +NOVAD Management Consulting LLC,    Attn: HUD EHLP Department,    2401 NW 23rd Street,
              Oklahoma City, OK 73107-2448
13715998     Secretary of Housing & Urban Development,    Wanamaker Building,    100 Penn Square East,
              Philadelphia, PA 19107-3380
13715999    +Secretary of Housing and Urban Developme,    451 Seventh Street,   SW,
              Washington, DC 20410-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:16     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2018 01:34:51
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2018 01:35:04     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13715987     E-mail/Text: tropiann@einstein.edu Mar 23 2018 01:34:40     Albert Einstein Healthcare Network,
              101 E. Olney Avenue, Suite 301,    3rd Floor,   Philadelphia, PA 19120-2470
13715988     E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2018 01:34:32     Ally Financial,
              P.O. Box 380902,    Bloomington, MN 55438-0902
13732530     E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2018 01:34:32     Ally Financial,
              PO Box 130424,    Roseville MN 55113-0004
13727801     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2018 01:41:22
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
13715990     E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:16     City of Philadelphia,
              City of Philadelphia Law Dept.,    1515 Arch Street, 14th floor,    Philadelphia, PA 19107
13715991    +E-mail/Text: bankruptcydesk@colonialsavings.com Mar 23 2018 01:35:03     Colonial Savings F.A.,
              2626 West Freeway,    Fort Worth, TX 76102-7109
13715993     E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 23 2018 01:35:19
              Credit Collection Services,    P.O. Box 9134,   Needham Heights, MA 02494-9134
13771830    +E-mail/Text: cio.bncmail@irs.gov Mar 23 2018 01:34:36     Department of the Treasury,
              Internal Revenue Service,    PO BOX 7346,   Philadelphia, Pa 19101-7346
                                                                                             TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13715996      Helen C. Njoku
cr*          +Ally Financial Inc.,    P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                    TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Mar 22, 2018
                              Form ID: pdf900              Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    COLONIAL SAVINGS F.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    COLONIAL SAVINGS F.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JENNIFER   SCHULTZ    on behalf of Debtor Catherine Renee Reid jschultz@clsphila.org
          JENNIFER   SCHULTZ    on behalf of Plaintiff Catherine Renee Reid jschultz@clsphila.org
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          REGINA   COHEN    on behalf of Defendant    Ally Financial, Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          RICHARD M. BERNSTEIN    on behalf of Defendant    US Department of Housing & Urban Development
           richard.bernstein@usdoj.gov, jackie.brooke@usdoj.gov
          THOMAS I. PULEO    on behalf of Creditor    COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :          Chapter 13

CATHERINE RENEE REID

  Debtor(s)
                                               :          Bankruptcy No. 16-12776AMC


## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 22nd day of March, 2018 consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that
    A.  a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
    B.  the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
    C.  any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
    D.  the plan has been proposed in good faith and not by any means forbidden by law;
    E.  the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
    F.  with respect to each allowed secured claim provided for by the plan-
        (1)  the holder of such claim has accepted the plan;
        (2) (a)  the plan provides that the holder of such claim retain the lien securing such claim, and
            (b)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
        (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
    G.  the debtor will be able to make all payments under the plan and to comply with the plan;
WHEREFORE, it is ORDERED:
1.  that the plan is CONFIRMED
2.  that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
3.  that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge