# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Catherine Renee Reid**                                                                Case No.  **16-12776**
                                       Debtor(s)                                                     Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:        **xxx-xx-0605**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:           **Catherine Renee Reid**

Street:         **5732 N. Fairhill Street**

City, State and Zip:    **Philadelphia, PA 19120**

Telephone #:

**Please be advised that effective _____, 20___,
my (our) new mailing address and telephone number is:**

Name:           **Catherine Renee Reid**

Street:          **5714 N. 12th Street**

City, State and Zip:    **Philadelphia, PA 19141**

Telephone #:

                                                                    **/s/ Catherine Renee Reid**
                                                                    **Catherine Renee Reid**
                                                                    Debtor