# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 16-12776 |
| **Catherine Reid,** | |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Jennifer Schultz, Esq., certify that on August 14, 2019, copies of Form 423, Certificate of Debtor Education, and this Certificate of Service were served by electronic mail to the following:

RICHARD M. BERNSTEIN on behalf of Defendant US Department of Housing & Urban Development
richard.bernstein@usdoj.gov, jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

REGINA COHEN on behalf of Creditor Ally Financial Inc.
rcohen@lavin-law.com, ksweeney@lavin-law.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor COLONIAL SAVINGS F.A.
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

ANDREW F GORNALL on behalf of Creditor COLONIAL SAVINGS F.A.
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

JACK K. MILLER on behalf of Trustee WILLIAM C. MILLER, Esq.
philaecf@gmail.com, ecfemails@ph13trustee.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

BRIAN CRAIG NICHOLAS on behalf of Creditor COLONIAL SAVINGS F.A.
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor COLONIAL SAVINGS F.A.
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

August 14, 2019                             /s/ Jennifer Schultz, Esq.
Date                                        Jennifer Schultz, Esq.
                                            Attorney for Debtor
                                            Community Legal Services
                                            1410 W. Erie Ave.
                                            Philadelphia, PA 19140