# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| | : BANKRUPTCY NO. 16-12776 |
| **Catherine Reid,** | : |
| | : |
| **Debtor.** | : |
| | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of Catherine Renee Reid, Debtor, in reference to the above-captioned matter.

Date:  November 8, 2019          Signed:  /s/ Jennifer Schultz
                                         Jennifer Schultz, Esquire
                                         Community Legal Services, Inc.
                                         1410 W. Erie Ave.
                                         Philadelphia, PA 19140
                                         Tel.: (215) 227-2400

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Catherine Renee Reid, Debtor, in reference to the above-captioned matter.

Date:  November 8, 2019          Signed:  /s/ Montgomery L. Wilson
                                         Montgomery L. Wilson, Esquire
                                         Community Legal Services, Inc.
                                         1410 W. Erie Ave.
                                         Philadelphia, PA 19140
                                         Tel.: (215) 227-2400

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :CHAPTER 13 |
| | : |
| | :BANKRUPTCY NO. 16-12776 |
| Catherine Reid, | : |
| | : |
| Debtor. | : |
| _____ | : |

## CERTIFICATION OF SERVICE

I, Montgomery L. Wilson, counsel for Debtor herein, certify that I filed Withdrawal and Entry of Appearance with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received service or notice of the Chapter 13 Plan by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order 03-3005 and as amended by ECF Standing Order 04-3009:

RICHARD M. BERNSTEIN on behalf of Defendant US Department of Housing & Urban Development
richard.bernstein@usdoj.gov, jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

REGINA COHEN on behalf of Creditor Ally Financial Inc.
rcohen@lavin-law.com, ksweeney@lavin-law.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor COLONIAL SAVINGS F.A.
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

ANDREW F GORNALL on behalf of Creditor COLONIAL SAVINGS F.A.
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

JACK K. MILLER on behalf of Trustee WILLIAM C. MILLER, Esq.
philaecf@gmail.com, ecfemails@ph13trustee.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

BRIAN CRAIG NICHOLAS on behalf of Creditor COLONIAL SAVINGS F.A.
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor COLONIAL SAVINGS F.A.
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Date:  November 8, 2019                Signed:  /s/ Montgomery L. Wilson
                                                                                 Montgomery L. Wilson, Esquire
                                                                                 Community Legal Services, Inc.
                                                                                 1410 W. Erie Ave.
                                                                                 Philadelphia, PA 19140
                                                                                 Tel.: (215) 227-2400