UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Catherine Renee Reid                     CHAPTER 13
                    Debtor
                                                   CASE NO. 16-12776 MDC

**PRAECIPE WITHDRAWING NINTH (9TH) AMENDED PLAN**

The Debtor in the above-referenced case hereby withdrawals the "9th Amended Plan" which was erroneously filed in this case on January 13, 2021 (docket # 116) and which is not relevant to the debtor Catherine Renee Reid's case.

Counsel for the debtor

/s/Montgomery L. Wilson
MONTGOMERY L. WILSON, ESQ.
Community Legal Services, Inc.
1410 W. Erie Avenue
Philadelphia, PA 19140
Tel: (215) 227-2401
Email: mwilson@clsphila.org