# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Catherine Renee Reid**                                                                 Case No.  **16-12776**

Debtor(s)                                                                                                  Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:              **xxx-xx-0605**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Catherine Renee Reid**

Street:             **5732 N. Fairhill Street**

City, State and Zip:   **Philadelphia, PA 19120**

Telephone #:

**Please be advised that effective March 23, 2021
my (our) new mailing address and telephone number is:**

Name:              **Catherine Renee Reid**

Street:             **2100 N. 49th Street, Apt. 314**

City, State and Zip:   **Philadelphia, PA 19131**

Telephone #:

                                                                                                 **/s/ Catherine Renee Reid**
                                                                                                 **Catherine Renee Reid**
                                                                                                 Debtor