United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Catherine Renee Reid  
    Debtor

Case No. 16-12776-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 16, 2021      Form ID: 138NEW      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine Renee Reid, 2100 N. 49th Street, Apt. 314, Philadelphia, PA 19131-2635 |
| 13715989 | + | Cassandra B. Ewell, 7201 Bradford Road, Apt. 302, Upper Darby, PA 19082-3936 |
| 13866273 | + | Centers For Medical & Medicaid Services, PO Box 138832, Oklahoma City, OK 73113-8832 |
| 13778553 | | Colonial Savings, F.A., 2626 B West Freeway, Fort Worth, TX 76102 |
| 13715994 | + | Dr. Sonya Lee, MD, 51 N. 39th Street, Suite 500, Philadelphia, PA 19104-2640 |
| 13715995 | | GYN Specialists Presbyterian Office, P. O. Box 63862, Philadelphia, PA 19147-7862 |
| 13777493 | + | Kenneth Saffren, Esq., Saffren & Weinberg, 815 Greenwood Avenue, Suite 22, Jenkintown, PA 19046-2800 |
| 13715997 | + | NOVAD Management Consulting LLC, Attn: HUD EHLP Department, 2401 NW 23rd Street, Oklahoma City, OK 73107-2448 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13715987 | | Email/Text: tropiann@einstein.edu | Apr 17 2021 03:33:00 | Albert Einstein Healthcare Network, 101 E. Olney Avenue, Suite 301, 3rd Floor, Philadelphia, PA 19120-2470 |
| 13732530 | | Email/Text: ally@ebn.phinsolutions.com | Apr 17 2021 03:31:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13715988 | | Email/Text: ally@ebn.phinsolutions.com | Apr 17 2021 03:31:00 | Ally Financial, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 13727801 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 17 2021 04:12:09 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13715990 | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., 1515 Arch Street, 14th floor, Philadelphia, PA 19107 |
| 13715991 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 17 2021 03:35:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 13715992 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 17 2021 03:31:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 13712743 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 17 2021 03:31:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 13715993 | | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 17 2021 03:37:00 | Credit Collection Services, P.O. Box 9134, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Needham Heights, MA 02494-9134 |
| 13771830 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2021 03:32:00 | | Department of the Treasury, Internal Revenue Service, PO BOX 7346, Philadelphia, Pa 19101-7346 |
| 13715999 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 17 2021 04:00:52 | | Secretary of Housing and Urban Developme, 451 Seventh Street, SW, Washington, DC 20410-0001 |
| 13715998 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 17 2021 04:00:52 | | Secretary of Housing & Urban Development, Wanamaker Building, 100 Penn Square East, Philadelphia, PA 19107-3380 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13715996 | | Helen C. Njoku |
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor COLONIAL SAVINGS F.A. agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor COLONIAL SAVINGS F.A. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JENNIFER SCHULTZ | on behalf of Plaintiff Catherine Renee Reid jschultz@clsphila.org |
| JOSHUA I. GOLDMAN | on behalf of Creditor COLONIAL SAVINGS F.A. Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| MONTGOMERY L. WILSON | on behalf of Debtor Catherine Renee Reid mwilson@clsphila.org |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com |
| REGINA COHEN | on behalf of Defendant Ally Financial  Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com |
| RICHARD M. BERNSTEIN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 23 |

    on behalf of Defendant US Department of Housing & Urban Development richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

THOMAS I. PULEO
    on behalf of Creditor COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Catherine Renee Reid

      Debtor(s)                          Bankruptcy No: 16−12776−mdc

                                           Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                          900 Market Street
                                             Suite 400
                                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                      For The Court
                                                                     Timothy B. McGrath
                                                                       Clerk of Court

Dated: 4/16/21

                                                                                                           120 − 119
                                                                                                   Form 138_new